IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| LISA GAIL JOBST, KARL F. JOBST, and NANCY ELIZABETH STEINMETZ, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 7:09-CV-03208-HFF |
| vs. | ) ) ) |
| THI OF SOUTH CAROLINA AT CAMP CARE, LLC, d/b/ MAGNOLIA MANOR CAMP CARE, and FUNDAMENTAL CLINICAL COUNSELING, LLC d/b/a FUNDAMENTAL, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CONSENT ORDER

The Defendant Fundamental has moved to dismiss Plaintiffs' complaint against it, and the Plaintiffs and the other Defendant have consented to a dismissal without prejudice of Fundamental. Therefore, the Defendant Fundamental's Motion to Dismiss is granted and Fundamental is dismissed from this case. This dismissal is without prejudice. THI of South Carolina at Camp Care, LLC remains as a Defendant.

**IT IS SO ORDERED**.

**s/Henry F. Floyd**
The Honorable Henry F. Floyd
United States District Judge

Dated: January 7, 2010
Spartanburg, SC

1

| WE CONSENT: | WE SO MOVE: |
|---|---|
| **LITTLER MENDELSON, P.C.** | **WIMBERLY, LAWSON,** |
| 1201 Main Street, Suite 1930 | **DANIELS & FISHER, LLC** |
| Columbia, South Carolina 29201 | Overlook Executive Park |
| Telephone: (803) 231-2500 | 109 Laurens Road |
| Facsimile: (803) 799-9837 | Building 4, Suite A |
| Email: mhenthorne@littler.com | Greenville, South Carolina 29607 |
| | (864)242-9484 |
| | (864)242-6833 fax |
| | mldjr@wldf-law.com |

/s/ D. Michael Henthorne  /s/ M. Lee Daniels, Jr.
         M. Lee Daniels, Jr.
Fed. I. D. No. 6386  Fed. I.D. No. 413
**Attorneys for Defendants**  **Attorney For Plaintiffs**